# FORM 1.  SUMMONS

| | |
|---|---|
| **State of Minnesota** | **District Court** |
| **County of Ramsey** | __2nd__ Judicial District |
| Shawn Timothy Cermak, | Court File Number: _____ |
| | Case Type: Employment |
| Plaintiff, | |
| vs. | **Summons** |
| Barnett Companies INC, | |
| Defendant. | |

THIS SUMMONS IS DIRECTED TO Barnett Companies INC.

1. **YOU ARE BEING SUED**. The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you [is attached to this summons] [is on file in the office of the court administrator of the above-named court]. * Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

2. **YOU MUST REPLY WITHIN 20** DAYS TO PROTECT YOUR RIGHTS**. You must give or mail to the person who signed this summons **a written response** called an Answer within 20** days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this summons located at:

   326 E 5th St Redwing MN, 55066.

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20** days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint. If you do not want to contest the claims stated in the complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the complaint.

Exhibit A

**5. LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

**6. ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

**[7. To be included only if this lawsuit affects title to real property:**

THIS LAWSUIT MAY AFFECT OR BRING INTO QUESTION TITLE TO REAL PROPERTY located in _____ County, State of Minnesota, legally described as follows:

[Insert legal description of property]

The object of this action is _____.]

_____   8/17/21
Plaintiff's attorney's signature       Dated

_____
Print or type plaintiff's attorney's name

\* Use language in the first bracket when the complaint is served with the summons, language in the second bracket when the complaint is filed, and the summons is served by publication.

\*\* Use 20 days, except that in the exceptional situations where a different time is allowed by the court in which to answer, the different time should be inserted.

Exhibit A

| | |
|---|---|
| STATE OF MINNESOTA | Second JUDICIAL DISTRICT |
| COUNTY OF Ramsey | DISTRICT COURT |
| | CASE TYPE Employment |
| | FILE NUMBER |

Shawn Timothy Cermak
_____

PLAINTIFF

VS.                                                          COMPLAINT

Barnett Companies INC.
_____

DEFENDANT

PLAINTIFF, as and for its cause of action against the above-named defendant states and alleges as follows:

1. by not letting me eat my lunch by calling for waiting oil changes because the lube techs were always behind and short staffed. mandatory meal breaks are required under MN statute 177.254 Sub 1

2. By being falsely Accused of a rear wheel coming off in the middle of Wisconsin when I never took any rear wheels off. This was done by the service manager Gill and was written up and wrongfully terminated at 2:30pm on 08/11/2021. I was looking for a noise complaint in the rear. rear shocks were making noise. The jeep in question had not been to the dealership in over three months and had new rear brake components. MN statute 181.932 Sub 1 and union contract prohibits this action with out physical evidence that the rear wheel fell off and a right for an inspection of the wheel failure or why it came off.

3. By allowing the service manager Gill not letting me do my Light duty class services and allowed as described in the union contract and giving it to the journeymen techs so they could make their pay bumps at the end of the pay period. That is discrimination by making sure and that the service advisors have me look at brake inspections and give them to the journeymen techs so I could just do oil changes and tire rotation service contracts and not receive my incentive pay at 18.80/hr. that prohibited under MN statute 363A.08 Sub 2 (1) (2)(3)

Exhibit A

4. By not making reasonable accommodations for my ADHD When I asked to have a daily routine when completing daily tasks. Service manager Gill was aware I was on ADHD Meds and was told and asked many times if I could have a daily routine and I was ignored and had oil change and rotation service RO's that were waiting shoved in my face. That is prohibited under MN statute 363A.08 Sub 6 (a)

5. not being paid any overtime pay after 8 hours as described in the union contract and federal law, I'm out over 50 hours of overtime pay that should be paid by law. Never received any overtime pay since I started on oct 8th 2019.

6. _____
_____
_____
_____

7. _____
_____
_____
_____

8. _____
_____
_____

9. _____
_____
_____

WHEREFORE, Plaintiff demands judgment against defendant as follows: My overtime to be paid at 26.43 an hour. Any lost wages that I'm intitled to. 50,000.00 in damages for having to go though these discriminatory practices

_____
PLAINTIFF

Exhibit A

VERIFICATION AND ACKNOWLEDGEMENT

A. I have read this document. To the best of my knowledge, information the information, contained in the document is well grounded in fact and is warranted by existing law.

B. I have not been determined by any court in Minnesota or in any other State to be a frivolous litigant or subject to an Order precluding me from serving and filing this document.

C. I am not serving or filing this document for any improper purpose, such as to harass the other party or to cause delay or needless increase in the cost of litigation or to commit a fraud on the Court.

D. I understand that if I am not telling the truth or if I am misleading the court or if I am serving of filing this document for any improper purpose, the court can order me to pay money to the other party, including reasonable expenses incurred by the other party because of the serving of filing of this document such as court costs, and reasonable attorneys fees.

_[signature]_

PLAINTIFF
326 E 5t ST Redwing MN, 55066
ADDRESS
(763) 331-4983
TELEPHONE

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. $ 358.116.
County and State where signed : Goodhue MN

Exhibit A

State of Minnesota  
Ramsey County

District Court  
Second Judicial District

Court File Number: **62-CV-21-4340**  
Case Type: Employment

**Notice of Case Filing and Assignment**

BARNETT COMPANIES INC.  
3430 N HIGHWAY 61  
WHITE BEAR LAKE MN  55110

Shawn T Cermak vs  Barnett Companies INC.

Date Case Filed: **August 17, 2021**

Court file number **62-CV-21-4340** has been assigned to this matter.  All future correspondence must include this file number, the attorney identification number, and must otherwise conform to format requirements or they WILL BE RETURNED.  Correspondence and communication on this matter should be directed to the following court address:

> Ramsey County Court Administration  
> 15 West Kellogg Boulevard Room 170  
> St Paul MN  55102

Assigned to: **Judge Sara R Grewing**

If ADR applies, a list of neutrals is available at www.mncourts.gov (go to Alternative Dispute Resolution) or at any court facility.  Please direct all scheduling inquiries on this matter to Assignment at 651-266-8279.

Dated: August 19, 2021

Michael F. Upton  
Court Administrator  
Ramsey County District Court

cc:   Shawn T Cermak

MNCIS-CIV-135      STATE     Notice of Case Filing/Case Assignment    62-CV-21-4340         2/21

Exhibit A