UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shawn Timothy Cermak, | Case No. 21-cv-2042 (ADM/HB) |
| Plaintiff, | |
| | **ORDER FOR DISMISSAL** |
| v. | |
| Barnett Companies, Inc., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal with Prejudice of the parties filed with the Court,

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees, costs, expenses and disbursements.

Dated: December 20, 2021

                                            s/Ann D. Montgomery
                                            The Honorable Ann D. Montgomery
                                            United States District Judge

171500576.1